**FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT**

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

(1) **Michael A Eby    MW8622**
(Name of Plaintiff)    (Inmate Number)

**730 E Walnut ST Lebanon PA 17042**
(Address)

(2) _____
(Name of Plaintiff)    (Inmate Number)

_____
(Address)

(Each named party must be numbered,
and all names must be printed or typed)

vs.

(1) **Warden Robert Karnes**
(2) **Deputy Warden Michael OTT**
(3) **Captin Wheeler**
(Names of Defendants)

(Each named party must be numbered,
and all names must be printed or typed)

**1:19-CV-2069**
(Case Number)

**CIVIL COMPLAINT**

FILED
HARRISBURG, PA
DEC 04 2019
PER _____
DEPUTY CLERK

TO BE FILED UNDER: ☑ 42 U.S.C. § 1983 - STATE OFFICIALS
                    ☐ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

### I. PREVIOUS LAWSUITS

A.  If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

Yes, Civil No. 1:19-CV-01624, Judge Rambo,
Chief Magistrate Judge Schwab.
United States District Court
Middle District of Pennsylvania

1

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ☒ Yes ☐ No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ☒ Yes ☐ No

C. If your answer to "B" is Yes:

1. What steps did you take? While I was being stripped I asked if I could be taken to a private area!

2. What was the result? As a result I was told to shut my mouth or I will be shot with a pepper ball in my back!

D. If your answer to "B" is No, explain why not: _____

## III. DEFENDANTS

(1) Name of first defendant: Warden Robert Karnes
Employed as Warden at Lebanon County Correctional Facility
Mailing address: 730 E Walnut ST Lebanon PA 17042

(2) Name of second defendant: Michael OTT
Employed as hhhhh Deputy Warden at Lebanon County Correctional Facility
Mailing address: 730 E Walnut ST, Lebanon PA 17042

(3) Name of third defendant: Mr. Wheeler
Employed as Captin at Lebanon County Correctional Facility
Mailing address: 730 E Walnut ST. Lebanon PA 17042

(List any additional defendants, their employment, and addresses on extra sheets if necessary)

## IV. STATEMENT OF CLAIM

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets if necessary.)

1. On Tuesday Nov. 19 2019 at 2:30pm, I along with my whole block where taken to the gym by the CERT team. After being lined up faceing the wall my self along side of my fellow inmates where told one by one to strip out of our cloth then turn around pull up our nut sack then turn around again and bend over and cough

2. Since that day I am not abell to shower or urinate around others and I feel that I am being laughed at by staff and others including inmates. I have always been very self conscious with myself and this caused me to feel belittled, put down, stripped of my dignity and worst of all made fun of and ridiculed by other inmates, some which of the Gay Prosuassion.

3. The reason for all this is that there was 3 females COs around during the strip search. First CO. Shwertz was video taping the whole procedure while CO Anderson and CO. Bale where in the bubble watching on cameras that are on each corner of the gym. And this is not the first time this happened

V. **RELIEF**
(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I would like that there is a formal investigation into these clams and policy changed by security AKA (CERT) on their stripping and shake down Policies.

2. I request a monotary amount of judgement to be awarded to myself and possibly the other inmates that suffered, pained and adshamd through these procases. And that they also are fined

3. for the costs of prosecution and all fines for said investigation.

3

Michael Eby, MW8622
730 East Walnut St.
Lebanon PA 17042



This address is an inmate County Prison. Sender is responsible for debts incurred, not responsible for debts incurred.

Office of the Clerk
United States District Court
Middle District of Pennsylvania
U.S. Courthouse
228 Walnut Street
P.O. Box 983
Harrisburg, PA. 17108

RECEIVED
HARRISBURG, PA
DEC 04 2019
PER _____ DEPUTY CLERK