**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MICHAEL A. EBY, | : | Civil No. 1:19-cv-2069 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| Warden ROBERT KARNES, *et al.*, | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

For the reasons stated in the accompanying memorandum, **IT IS**

**ORDERED AS FOLLOWS**:

1. The Plaintiff's application to proceed in forma pauperis (Doc. 12) is **GRANTED** for the sole purpose of filing the above captioned action.

2. The complaint is **DEEMED** filed.

3. The complaint is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

4. The Clerk of Court is directed to **CLOSE** this case.

5. Any appeal from this order is **DEEMED** frivolous and not taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania

Dated: April 1, 2020